CARROLL, T. #H73384
MCSP, D18-105
P.O. BOX 409089
IONE, CA 95640

**FILED**
AUG 26 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

2:20-CV-1707   KJN HC

CARROLL, T.,
   PETITIONER

WARDEN COVELL,
SECRETARY RALPH DIAZ,
   RESPONDENT(S)

CASE NO.

PETITION FOR PRELIMINARY INJUNCTIVE RELIEF, TEMPORARY RESTRAINING ORDER, WRIT OF HABEAS CORPUS FOR IMMEDIATE/ACCELERATED RELEASE (COVID-19.) APPOINTMENT OF COUNSEL.
08/08/20, 2000 HRS.

PETITIONER CARROLL IS AN INDIGENT, VISION/HEARING/MOBILITY IMPAIRED INMATE/PATIENT WHO SUFFERS FROM "CTE," "PTS," HEART AND RESPIRATORY (SLEEP APNEA, COPD COMPLICATIONS INCLUDED) THAT REQUIRE DURABLE MEDICAL EQUIPMENT/BREATHING APPLIANCES THAT CDCR/MCSP IS DENYING HIM AT A TIME WHEN THERE'S WORLDWIDE CORONA VIRUS RESPIRATORY PANDEMIC IN WHICH HE'S OF THE MOST VULNERABLE DEMOGRAPHIC MEDICALLY (HIGH RISK MEDICAL) AND ~~ETHICALLY~~ (BLACK) ETHNICALLY
P.C. 1258

TO CONTRACT AND DIE FROM COVID-19. THIS IS CRUEL AND UNUSUAL PUNISHMENT, RECKLESS ENDANGERMENT AND ~~DEATH~~ DELIBERATE INDIFFERENCE, WHILE ALSO VIOLATING GENEVA/TORTURE CONVENTIONS AND THE 8TH, 14TH, 15TH AMENDMENTS AND CDCR HIPPA/PREA POLICY(S). PETITIONER IS UNDER "TRO" AND FEDERAL WITNESS PROTECTION AS A FEDERAL WITNESS AGAINST CDCR IN LANDMARK RAMPANT CORRUPTION LAWSUITS IN WHICH ANOTHER FEDERAL WITNESS (I/P GRISBY, RJD) WAS KILLED. PETITIONER WAS LEFT HANDCUFFED IN RJD-ASU FOR (3) DAYS AND BASHED IN HEAD WITH ROCKS BY ANOTHER RJD I/P ORDERED BY RJD STAFF AND PETITIONER CONTINUES TO SUFFER RETALIATION/FALSIFIED RVR'S/HARASSMENT FOR BEING FEDERAL WITNESS AND FOR REPORTING BEING VICTIM OF EMPLOYEE SEXUAL MISCONDUCT. CDCR'S INTEREST IS ELIMINATING PETITIONER SO HE WON'T BE ABLE TO TESTIFY AGAINST THEM, NOT IN PROTECTING PETITIONER PHYSICALLY/SEXUALLY/MEDICALLY SO SUBJECTING HIM TO SMOKE INHILATION, DENYING BREATHING EQUIPMENT, ETC SHOWS BLATANT DISREGARD. RELEASE TO COMMUNITY UNDER SUPERVISION WOULD BE IN INTEREST OF JUSTICE.

THE ABOVE IS TRUE TO MY KNOWLEDGE.

T. [signature] (IN PRO SE)
08/08/20

P.C. 1258

**Mule Creek State Prison**
Name: CARROLL, TREMAYNE
CDC#: H73384
Facility D  Building 18  Cell 105
P.O. Box 409089
Ione, CA 95640

**CALIFORNIA DEPARTMENT OF CORRECTIONS
AND REHABILITATION INDIGENT INMATE MAIL**

| Facility Post Office Boxes | |
|---|---|
| Facility A | P.O. Box 409020 |
| Facility B | P.O. Box 409040 |
| Facility C | P.O. Box 409060 |
| Facility D | P.O. Box 409089 |
| Facility E | P.O. Box 409090 |
| Facility Minimum | P.O. Box 409000 |

SACRAMENTO
CA 957
24 AUG '20
PM 5 L

U.S. DISTRICT COURT / EASTERN
OFFICE OF THE CLERK
501 I STREET, SUITE 4-200
SAC, CA 95814

CONFIDENTIAL LEGAL MAIL