UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T. CARROLL, | No. 2:20-cv-1707 KJN P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN COVELLO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. On September 16, 2020, plaintiff submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. However, plaintiff did not sign the pleading. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). The court is unable to consider plaintiff's complaint unless he signs and re-files the complaint. Therefore, plaintiff is provided an opportunity to re-file his complaint bearing his signature. Failure to submit a signed complaint will result in the dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall re-file a <u>signed</u> complaint; and

////

////

1

    2. The Clerk of the Court is directed to send plaintiff a copy of his complaint (ECF No. 8) without the court's banner.

Dated:  September 21, 2020

/carr1707.r11

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE