**CDCR**
## Inmate Statement Report

CAED Case No.
2:20-cv-1707 KJN (HC)

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| H73384 | CARROLL, TREMAINE | MCSP | D 018A1 | 105004 |

**Current Available Balance:** $0.11

**FILED**
Sep 21, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THE OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Iulia Trifan* / Trust office

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 03/01/2020 | RJD | BEGINNING BALANCE | | | | $9.25 |
| 03/19/2020 | RJD | WUNK TRANSFER OUT | | | ($9.25) | $0.00 |
| 03/23/2020 | RJD | WUNK TRANSFER IN | WUNK | | $9.25 | $9.25 |
| 04/14/2020 | RJD | JPAY | 0000000114811623 | | $50.00 | $59.25 |
| 05/01/2020 | RJD | PLRA | 2:16-CV-2443-JAM-EFB | 749186 | ($9.25) | $50.00 |
| 05/01/2020 | RJD | PLRA | 2:17-CV-00862-DB | 749167 | ($10.00) | $40.00 |
| 05/01/2020 | RJD | PLRA | 2:16-CV01759-TLN-KJN | 749167 | ($10.00) | $30.00 |
| 05/01/2020 | RJD | PLRA | 3:16-CV01718-CAB-JLB | 749175 | ($10.00) | $20.00 |
| 05/01/2020 | RJD | PLRA | 3:15-01722-LAB-WVG | 749175 | ($10.00) | $10.00 |
| 06/20/2020 | RJD | JPAY | 0000000117945542 | | $50.00 | $60.00 |
| 07/01/2020 | RJD | PLRA | 2:16-CV-2443-JAM-EFB | 749471 | ($10.00) | $50.00 |
| 07/01/2020 | RJD | PLRA | 2:17-CV-00862-DB | 749455 | ($10.00) | $40.00 |
| 07/01/2020 | RJD | PLRA | 2:16-CV01759-TLN-KJN | 749455 | ($10.00) | $30.00 |
| 07/01/2020 | RJD | PLRA | 3:16-CV01718-CAB-JLB | 749463 | ($10.00) | $20.00 |
| 07/01/2020 | RJD | PLRA | 3:15-01722-LAB-WVG | 749463 | ($10.00) | $10.00 |
| 07/14/2020 | RJD | FEDERAL FILING FEE | 3:20-CV-00079BAS-RBM | 749604 | ($4.24) | $5.76 |
| 07/18/2020 | RJD | TRACS TRANSFER OUT | TX07182020 | | ($5.76) | $0.00 |
| 07/18/2020 | MCSP | TRACS TRANSFER IN | TX07182020 | | $5.76 | $5.76 |
| 08/19/2020 | MCSP | SALES | 12 | | ($5.65) | $0.11 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| **No information was found for the given criteria.** | | |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| PLRA | 3:15-01722-LAB-WVG | $350.00 | ($20.00) | $253.08 |
| PLRA | 3:16-CV01718-CAB-JLB | $350.00 | ($20.00) | $297.48 |
| PLRA | 2:16-CV01759-TLN-KJN | $350.00 | ($20.00) | $297.48 |

2

Date\Time: 9/21/2020 8:46:31 PM

Institution: IHQ0

# CDCR

## Inmate Statement Report

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| REGULAR MAIL | REGULAR | $0.88 | $0.00 | $0.88 |
| REGULAR MAIL | REGULAR | $0.47 | $0.00 | $0.47 |
| REGULAR MAIL | REGULAR | $0.46 | $0.00 | $0.46 |
| REGULAR MAIL | REGULAR | $0.46 | $0.00 | $0.46 |
| REGULAR MAIL | REGULAR | $2.83 | $0.00 | $2.83 |
| COPY CHARGES | COPIES 112816 | $82.00 | $0.00 | $81.93 |
| REGULAR MAIL | ENVELOPES 112816 | $1.00 | $0.00 | $1.00 |
| REGULAR MAIL | ENVELOPES 112916 | $0.80 | $0.00 | $0.80 |
| REGULAR MAIL | SUPPLIES 120216 | $0.30 | $0.00 | $0.30 |
| REGULAR MAIL | POSTAGE 113016 | $2.41 | $0.00 | $2.41 |
| REGULAR MAIL | POSTAGE 113016 | $1.99 | $0.00 | $1.99 |
| REGULAR MAIL | POSTAGE 113016 | $2.62 | $0.00 | $2.62 |
| REGULAR MAIL | POSTAGE 112716 | $0.67 | $0.00 | $0.67 |
| REGULAR MAIL | POSTAGE 112716 | $2.83 | $0.00 | $2.83 |
| COPY CHARGES | COPIES 120216 | $76.00 | $0.00 | $76.00 |
| REGULAR MAIL | ENVELOPES 120616 | $1.30 | $0.00 | $1.30 |
| REGULAR MAIL | POSTAGE 121116 | $0.47 | $0.00 | $0.47 |
| REGULAR MAIL | POSTAGE 121516 | $0.47 | $0.00 | $0.47 |
| PLRA | 2:17-CV-00862-DB | $350.00 | ($20.00) | $302.48 |
| PLRA | 2:16-CV-2443-JAM-EFB | $350.00 | ($19.25) | $313.23 |
| FEDERAL FILING FEE | 3:20-CV-00079BAS-RBM | $350.00 | ($4.24) | $345.76 |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BA173778 | Fulfilled | $200.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | BA178987 | Fulfilled | $200.00 | $0.00 | $0.00 | $0.00 |

3